B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**O'Connor, John William** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2745** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5525 Christian Camp Road**<br>**Keystone Heights, FL**<br>ZIP Code **32656** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL**<br>ZIP Code **32003** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **O'Connor, John William** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | O'Connor, John William |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ John William O'Connor**
Signature of Debtor  **John William O'Connor**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 22, 2013**
Date

### Signature of Attorney*

**X /s/ William B. McDaniel**
Signature of Attorney for Debtor(s)

**William B. McDaniel 084469**
Printed Name of Attorney for Debtor(s)

**Bankruptcy Law FIrm of**
Firm Name

**Lansing J. Roy, PA**
**1710 Shadowood Lane, Ste 210**
**Jacksonville, FL 32207-2184**

Address

**information@jacksonvillebankruptcy.com**
**904-391-0030  Fax: 904-391-0031**
Telephone Number

**July 22, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re **John William O'Connor** _____, Case No. _____
                                   Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **East West Retail Center, LLC**<br>**Middle District of Florida** | **09-05667-JAF**<br>**Member** | **07/10/09**<br>**Funk** |
| **Fleming Island Auto Service Center, Ltd.**<br>**Middle District of Florida** | **09-05664-JAF**<br>**Limited Partner** | **07/10/09**<br>**Funk** |
| **Fleming Island Medical Building, Ltd.**<br>**Middle District of Florida** | **09-05663-JAF**<br>**Limited Partner** | **07/10/09**<br>**Funk** |
| **Island Walk, LLC**<br>**Middle District of Florida** | **09-05666-JAF**<br>**Managing Member** | **07/10/09**<br>**Funk** |
| **O'Connor Development Corporation**<br>**Middle District of Florida, Jacksonville Division** | **President** | |
| **Shoppes at Eagle Harbor, Ltd.**<br>**Middle District of Florida, Jacksonville Division** | **Affiliate** | |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   **John William O'Connor**                                          Case No.
                                    Debtor(s)                              Chapter   **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John William O'Connor**
                      **John William O'Connor**

Date:   **July 22, 2013**

# United States Bankruptcy Court
## Middle District of Florida

In re   **John William O'Connor**  
Debtor(s)

Case No.  
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 22, 2013**

**/s/ John William O'Connor**  
**John William O'Connor**  
Signature of Debtor

| | | |
|---|---|---|
| JOHN WILLIAM O'CONNOR<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | COMPASS BANK<br>701 32ND ST S<br>BIRMINGHAM AL 35233 | FARM CREDIT OF FLORIDA ACA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>P.O. BOX 213069<br>WEST PALM BEACH FL 33421-3069 |
| WILLIAM B. MCDANIEL<br>BANKRUPTCY LAW FIRM OF<br>LANSING J. ROY, PA<br>1710 SHADOWOOD LANE, STE 210<br>JACKSONVILLE, FL 32207-2184 | CRAWFISH, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FARM CREDIT OF FLORIDA ACA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>WEST PALM BEACH FL 33411 |
| ASPIRE/CB&T<br>9 MUTEC DR<br>COLUMBUS GA 31907 | DEBBIE DRIGGERS<br>5525 CHRISTIAN CAMP ROAD<br>KEYSTONE HEIGHTS FL 32656 | FIFTH THIRD BANK<br>5050 KINGSLEY DR.<br>CINCINNATI OH 45227 |
| ASSET ACCEPTANCE LLC<br>PO BOX 1630<br>WARREN MI 48090 | DELTA SHAMROCK FARMS IV, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FIRSTATLANTIC BANK<br>C/O KEVIN O'CONNOR<br>1325 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 |
| BALTIMORE LIFE INSURANCE COMP.<br>10075 RED RUN BLVD<br>OWINGS MILLS MD 21117 | EAGLE HARBOR AT<br>FLEMING ISLAND JOINT VENTURE<br>3973 EAGLE LANDING PARKWAY<br>ORANGE PARK FL 32065 | FIRSTSOUTHERN BANK<br>212 PONTE VEDRA PARK DRIVE<br>PONTE VEDRA BEACH FL 32082-66 |
| BANK OF THE OZARKS<br>PO BOX 3008<br>FORT SMITH AR 72903 | EAST WEST COMMERCE CENTER, LTD<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FLEMING ISLAND BUSINESS<br>CENTER, LTD.<br>1590 ISLAND LANE<br>FLEMING ISLAND FL 32003 |
| BOONE LAND MANAGEMENT, LLC<br>468 TAYLOR AVENUE<br>ORANGE PARK FL 32065 | EAST WEST OFFICES I, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FLEMING ISLAND COMMERCIAL<br>BUILDING, LTD<br>FLEMING ISLAND FL 32003 |
| CAP ONE<br>PO BOX 85520<br>RICHMOND VA 23285 | EAST WEST RETAIL CENTER, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FLEMING ISLAND MEDICAL<br>BUILDING, LTD.<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 |
| CITIMORTGAGE INC<br>PO BOX 9438<br>GAITHERSBURG MD 20898 | EW OFFICES, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 | FLORIDA CMS, LLC<br>1590 ISLAND LANE, SUITE 28<br>FLEMING ISLAND FL 32003 |
| COMPASS BANK<br>15 20TH ST S FL 9<br>BIRMINGHAM AL 35233 | FARM BUREAU LIFE INSURANCE CO.<br>PO BOX 30400<br>7373 WEST SAGINAW HIGHWAY<br>LANSING MI 48909 | FOUR A CONSTRUCTION<br>9079B NOROAD<br>JACKSONVILLE FL 32210 |

GDYR/CBNA
PO BOX 6497
SIOUX FALLS SD 57117

O'CONNOR DEVELOPMENT CORP
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

TOWNCENTER FORUM
THEATRE, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197

PROTECTIVE LIFE INSURANCE CO.
P.O. BOX 2606
BIRMINGHAM AL 35202

TOWNCENTER FORUM
OFFICE, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

IBERIABANK
C/O ADRIAN RUST, ESQUIRE
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32207

SHENANADOAH LIFE INSURANCE CO
P.O. BOX 70889
CHARLOTTE NC 28272

WELLS FARGO HM MORTGAG
8480 STAGECOACH CIR
FREDERICK MD 21701

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

SHOPPES OF EAGLE HARBOR, LTD
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

WR TOWNSEND CONTRACTING
1465 CR 210 W
SAINT JOHNS FL 32259

ISLAND WALK IV, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

STANCORP MORTGAGE INVESTORS
19225 NW TANASBOURNE DRIVE
HILLSBORO OR 97124

ISLAND WALK, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

STANDARD PRECAST
C/O FORD, MILLER & WAINER, P A
1835 3RD ST N
JACKSONVILLE BEACH FL 32250

JAMES M. SMOAK
PO BOX 10253
FLEMING ISLAND FL 32003

THD/CBNA
PO BOX 6497
SIOUX FALLS SD 57117

LEADING EDGE RECOVERY
FOR
PO BOX 129
LINDEN MI 48451-0505

THOMAS HARDWARE, LLC
4664 W. SR 238
LAKE BUTLER FL 32054

NE FLORIDA HOTEL GROUP, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

TOWNCENTER CROSSINGS
RETAIL, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

NELSON WATSON & ASSOC
FOR
80 MERRIMACK ST LOWER
HAVERHILL MA 01830

TOWNCENTER FORUM
RETAIL, LLC
1590 ISLAND LANE, SUITE 28
FLEMING ISLAND FL 32003

# United States Bankruptcy Court
## Middle District of Florida

In re   **John William O'Connor**                                          Case No.
                                    Debtor(s)                              Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                 $       **10,000.00**
   Prior to the filing of this statement I have received       $       **10,000.00**
   Balance Due                                                 $            **0.00**

2. $ **1,213.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All attorney fees and costs subject to final Court review and approval. Any additional fees and costs accrued will be paid at confirmation. See attached Fee Agreement.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **All attorney fees and costs subject to final Court review and approval. Any additional fees and costs accrued will be paid at confirmation. See attached Fee Agreement.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 22, 2013**                              **/s/ William B. McDaniel**
                                                        **William B. McDaniel 084469**
                                                        **Bankruptcy Law FIrm of**
                                                        **Lansing J. Roy, PA**
                                                        **1710 Shadowood Lane, Ste 210**
                                                        **Jacksonville, FL 32207-2184**
                                                        **904-391-0030   Fax: 904-391-0031**
                                                        **information@jacksonvillebankruptcy.com**

# BANKRUPTCY LAW FIRM
# OF LANSING J. ROY, P.A.

1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207
Telephone: (904) 391-0030     FAX: (904) 391-0031
Web site: www.JacksonvilleBankruptcy.com
E-mail: information@lansingbanklaw.com
Lansing J. Roy, Esquire, Senior Counsel

Kevin B. Paysinger, Esquire                                              William B. McDaniel, Esquire
Christopher R. DeMetros, Esquire                                 Joshua A. Cossey, Esquire, of Counsel

## FEES & COSTS AGREEMENT
### Individual Chapter 11 Bankruptcy Filing

This Chapter 11 Fees and Costs Agreement (the "Agreement") is made between John W. O'Connor (the "Client") and the Bankruptcy Law Firm of Lansing J. Roy, P.A. (the "Firm") on the date entered below.

Retainer Fee - $10,000.00
Filing Fee - $1,213.00

**TOTAL $11,213.00**

Terms for Payment of $11,213.00
   a. $11,213.00 due and payable upon retaining the Firm to be deposited into the Firm's Trust Account.

   b. Fees are billed on an hourly basis with the lowest increment being 1/10 of an hour (6 minutes).

   c. All fees and costs are subject to court approval upon application notice and hearing.

   d. Hourly rates for various attorneys and paralegals of the firm are as follows:
      1. Attorney Lansing J. Roy, Senior Counsel    $350.00/hour
      2. Attorney Kevin B. Paysinger                        $250.00/hour
      3. Attorney Christopher R. DeMetros             $250.00/hour
      4. Attorney William B. McDaniel                    $200.00/hour
      5. Paralegal/Law Clerk                                    $ 75.00/hour

   e. It is anticipated that most of the billable hours will come from William B. McDaniel and/or Kevin B. Paysinger.

   f. Client will be required to pay the unpaid balance of fees and costs accrued up to the time the case is confirmed upon Confirmation of the Plan and after review and approval by the Bankruptcy Court.

   g. Any additional fees and costs will be paid at the time the court approves the application to administratively close the Client's Chapter 11 case.

# BANKRUPTCY LAW FIRM
# OF LANSING J. ROY, P.A.

1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207
Telephone: (904) 391-0030    FAX: (904) 391-0031
Web site: www.JacksonvilleBankruptcy.com
E-mail: information@lansingbanklaw.com
Lansing J. Roy, Esquire, Senior Counsel

| Kevin B. Paysinger, Esquire | William B. McDaniel, Esquire |
|---|---|
| Christopher R. DeMetros, Esquire | Joshua A. Cossey, Esquire, of Counsel |

h. Upon the administrative close of the Client's Chapter 11 case, the Firm will invoice the final fees and costs accrued between confirmation and administrative close. Client will pay the final billing within five (5) business days of receipt of the same.

i. The Firm's representation of the Client will terminate and be deemed concluded automatically upon: (1) the administrative close of the Client's confirmed Chapter 11 case, (2) the conversion of the Client's Chapter 11 case to a case under any other chapter of the Bankruptcy Code, or (3) the dismissal of the Client's Chapter 11 case.

j. If any additional work is to be performed for the Client by the Firm following the events described in paragraph i of this Agreement, the Client and the Firm shall negotiate and enter into a new Fees & Costs Agreement at that time.

Entered into this 22nd day of July 2013.

By John W. O'Connor

_____
John W. O'Connor

Bankruptcy Law Firm of Lansing J. Roy, P.A.
by Kevin B. Paysinger, Esquire

_____
Kevin B. Paysinger, Esquire