B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **John William O'Connor**                               ,    Case No. **13-04514**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,894,700.00 | | |
| B - Personal Property | Yes | 4 | 163,561.53 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,742,139.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 6,811.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 31,973,425.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,179.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,875.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 2,058,261.53 | | |
| Total Liabilities | | | | 35,722,376.71 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re  **John William O'Connor**                                        ,     Case No. ____**13-04514**____

                                                 Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __John William O'Connor__ , Case No. __13-04514__
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5525 Christian Camp Road, Keystone Heights, FL 32656 - Personal Residence and Farm - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | **CO-OWNER** | - | 1,600,000.00 | 1,490,241.00 |
| **2532 Russell Road, Green Cove Springs, Florida, 32043 - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | **CO-OWNER** | - | 100,000.00 | 62,106.00 |
| **2950 St. Johns Avenue, Unit 2-A, Jacksonville, Florida 32205** | **FEE OWNER** | - | 194,700.00 | 190,852.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,894,700.00 | (Total of this page) |
| Total > | 1,894,700.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re __John William O'Connor_____,    Case No. __13-04514_____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Vystar Credit Union Checking Account - #8901** | - | 19.85 |
| | | **Vystar Credit Union Savings Account - #0010** | - | 15.03 |
| | | **Equitable Interest in Compass Bank Checking Account - #7474 - Owned by Tyler MacArthur** | - | 0.43 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See Exhibit B(4) - list of household goods. Jointly owned with Debbie Driggers (non-filing spouse)** | - | 14,895.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See Exhibit B(4). Value included in B-4 value. Jointly owned with Debbie Driggers (non-filing spouse).** | - | 0.00 |
| 6. Wearing apparel. | | **Men's Clothes** | - | 100.00 |
| 7. Furs and jewelry. | | **(1) Casio Watch** | - | 10.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **See Exhibit B(4). Value not included in B-4 value.** | - | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                          Sub-Total >        15,640.31
                                                       (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John William O'Connor** ,                    Case No. **13-04514**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **ODC Land Profit Sharing Plan** | - | 19,376.22 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Exhibit (A) - List of active entities along with the asset value and current debt owed by each.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **See Exhibit (A)** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan to Island Walk, LLC (insider) in the amount of $476,285.00. Island Walk, LLC does not have any assets and has no ability to pay. Not collectable.** | - | 0.00 |
| | | **Loan to Florida CMS, LLC (insider) in the amount of $386,989.00. Florida CMS, LLC owns an office building that is being foreclosed (sale is 9/10/2013). Not collectable.** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **19,376.22**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **John William O'Connor**                      ,      Case No.   **13-04514**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Trailer** | - | 200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **See Exhibit B(31) - list of animals.  Jointly owned with Debbie Driggers (non-filing spouse).** | - | 25,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Farm Equipment - not itemized - Debtor is still working on the itemized list.  Jointly owned with Debbie Driggers (non-filing spouse).** | - | 40,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **65,200.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __John William O'Connor_____,    Case No. ___13-04514_____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **Property located in storage unit (Davis Rentals - 3230 US 17 North) - Property is not itemized.  Value to the right is Debtor's estimate of the value of the items located in the storage unit.  Property is owned jointly with Debbie Driggers (non-filing spouse).** | - | 10,000.00 |
| | | **Antiques and Rugs located in storage unit (Climatized Self Storage - 1709 Blanding Blvd.).  Not itemized.  Jointly owned with Debbie Driggers (non-filing spouse).  Value to the right is Debtor's estimated value.** | - | 20,000.00 |
| | | **2004 Mobile Home located at 5525 Christian Camp Road.  Jointly titled with Debbie Driggers (non-filing spouse).  Encumbered by the mortgage on the real estate.** | - | 30,000.00 |
| | | **See Exhibit B(35) - list of property located at 1590 Island Lane, Suite 28, Fleming Island, FL 32003. Items on the list are owned by Debtor and Debbie Driggers (non-filing spouse).** | - | 3,345.00 |

| | |
|---|---|
| Sub-Total > | 63,345.00 |
| (Total of this page) | |
| Total > | 163,561.53 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **John William O'Connor**                      ,   Case No.   **13-04514**
                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **5525 Christian Camp Road, Keystone Heights, FL 32656 - Personal Residence and Farm - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **1,600,000.00** |
| **2532 Russell Road, Green Cove Springs, Florida, 32043 - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **100,000.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **See Exhibit B(4) - list of household goods. Jointly owned with Debbie Driggers (non-filing spouse)** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **14,895.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **See Exhibit B(4). Value included in B-4 value. Jointly owned with Debbie Driggers (non-filing spouse).** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **0.00** |
| **Wearing Apparel** | | | |
| **Men's Clothes** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **(1) Casio Watch** | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **10.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **See Exhibit B(4). Value not included in B-4 value.** | **Fla. Const. art. X, § 4(a)(2)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **ODC Land Profit Sharing Plan** | **Fla. Stat. Ann. § 222.21(2)** | **100%** | **19,376.22** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Trailer** | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **Animals** | | | |
| **See Exhibit B(31) - list of animals. Jointly owned with Debbie Driggers (non-filing spouse).** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **25,000.00** |
| **Farming Equipment and Implements** | | | |
| **Farm Equipment - not itemized - Debtor is still working on the itemized list. Jointly owned with Debbie Driggers (non-filing spouse).** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **40,000.00** |

   _1_   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    __John William O'Connor_____,    Case No. ___13-04514_____
                                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Property located in storage unit (Davis Rentals - 3230 US 17 North) - Property is not itemized. Value to the right is Debtor's estimate of the value of the items located in the storage unit. Property is owned jointly with Debbie Driggers (non-filing spouse). | 11 U.S.C. § 522(b)(3)(B) | 100% | 10,000.00 |
| Antiques and Rugs located in storage unit (Climatized Self Storage - 1709 Blanding Blvd.). Not itemized.  Jointly owned with Debbie Driggers (non-filing spouse).  Value to the right is Debtor's estimated value. | 11 U.S.C. § 522(b)(3)(B) | 100% | 20,000.00 |
| 2004 Mobile Home located at 5525 Christian Camp Road.  Jointly titled with Debbie Driggers (non-filing spouse).  Encumbered by the mortgage on the real estate. | 11 U.S.C. § 522(b)(3)(B) | 100% | 30,000.00 |
| See Exhibit B(35) - list of property located at 1590 Island Lane, Suite 28, Fleming Island, FL 32003.  Items on the list are owned by Debtor and Debbie Driggers (non-filing spouse). | 11 U.S.C. § 522(b)(3)(B) | 100% | 3,345.00 |

|  | Total: | 311,179.22 | 1,863,526.22 |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **John William O'Connor**                                       Case No. __13-04514__
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2620** <br><br> Citimortgage Inc <br> Po Box 9438 <br> Gaithersburg, MD 20898 | X | - | Opened  6/06/03  Last Active 12/01/10 <br><br> **First Mortgage** <br><br> **2532 Russell Road, Green Cove Springs, Florida, 32043 - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | | | | | |
| | | | Value $                        **100,000.00** | | | | 62,106.00 | 0.00 |
| Account No. <br><br> **FARM CREDIT OF FLORIDA ACA-SA** <br> **FCFL - SAM** <br> **11903 SOUTHERN BLVD, STE 200** <br> **P.O. BOX 213069** <br> **WEST PALM BEACH, FL 33421-3069** | X | - | 12/29/2006 <br> **First Mortgage** <br> **5525 Christian Camp Road, Keystone Heights, FL 32656 - Personal Residence and Farm - Jointly titled with Debbie Driggers (non-filing spouse) as tenants by the entireties.** | | | | | |
| | | | Value $                      **1,600,000.00** | | | | 1,490,241.00 | 0.00 |
| Account No. <br><br> **IBERIABANK** <br> **C/O ADRIAN RUST, ESQUIRE** <br> **1301 RIVERPLACE BLVD, STE 1500** <br> **Jacksonville, FL 32207** | X | - | 5/2012 <br><br> **Judgment Lien** <br><br> **Lien on all real property in Clay County, Florida and all personal property owned by Debtor.** | | | | | |
| | | | Value $                               **0.00** | | | | 650,000.00 | 650,000.00 |
| Account No. <br><br> **IBERIABANK** <br> **C/O ADRIAN RUST, ESQUIRE** <br> **1301 RIVERPLACE BLVD, STE 1500** <br> **Jacksonville, FL 32207** | X | - | 10/2011 <br><br> **Judgment Lien** <br><br> **Lien on all real property located in Clay County, Florida.** | | | | | |
| | | | Value $                               **0.00** | | | | 1,250,000.00 | 1,250,000.00 |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 3,452,347.00 | 1,900,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __John William O'Connor__ _____,   Case No. ___**13-04514**_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2009; Lien recorded in 3/2011 | | | | | |
| **INTERNAL REVENUE SERVICE** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | X | - | | **Federal Income Tax Lien** **All property located in Clay County, Florida** | | | | | |
| | | | | Value $               0.00 | | | | 15,388.83 | 15,388.83 |
| Account No. | | | | 2006; Lien recorded in 3/2009 | | | | | |
| **INTERNAL REVENUE SERVICE** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | X | - | | **Federal Income Tax Lien** **All property located in Clay County, Florida** | | | | | |
| | | | | Value $               0.00 | | | | 83,552.13 | 83,552.13 |
| Account No. **xxxxxxxxx2856** | | | | Opened  5/22/08  Last Active 12/01/10 | | | | | |
| **Wells Fargo Hm Mortgag** **8480 Stagecoach Cir** **Frederick, MD 21701** | X | - | | **First Mortgage** **2950 St. Johns Avenue, Unit 2-A, Jacksonville, Florida 32205** | | | | | |
| | | | | Value $          194,700.00 | | | | 190,852.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 289,792.96 | 98,940.96 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,742,139.96 | 1,998,940.96 |

B6E (Official Form 6E) (4/13)

In re    __John William O'Connor_____,    Case No. ___13-04514_____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____1____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **John William O'Connor**                                                                  ,   Case No.   **13-04514**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2011 Income Taxes** | | | | | | |
| **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | - | | | | | | | 0.00 | |
| | | | | | | | 6,811.24 | | 6,811.24 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 6,811.24 | 6,811.24 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 6,811.24 | 6,811.24 |

B6F (Official Form 6F) (12/07)

In re __John William O'Connor_____ ,    Case No. ___13-04514_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1639<br><br>**Aspire/Cb&T**<br>**9 Mutec Dr**<br>**Columbus, GA 31907** | | - | **Opened 5/22/97 Last Active 8/10/09**<br>**Credit Card** | | | X | 2,973.00 |
| Account No. xxxxx xxx-xxxxx2454<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI 48090** | | - | **Opened 1/19/12 Last Active 12/01/10**<br>**Collection Fifth Third Bank** | | | | 10,218.29 |
| Account No.<br><br>**Fifth Third Bank**<br>**5050 Kingsley Dr.**<br>**Cincinnati, OH 45227** | | | **additional contact for:**<br>**Asset Acceptance Llc** | | | | Notice Only |
| Account No.<br><br>**Baltimore Life Insurance Comp.**<br>**10075 Red Run BLvd**<br>**Owings Mills, MD 21117** | X | - | **Personal Guaranty on mortgage note owed by Fleming Island Commercial Building, Ltd. - claim amount is current principle balance** | X | X | | 720,694.00 |

__7__ continuation sheets attached

Subtotal
(Total of this page)     733,885.29

B6F (Official Form 6F) (12/07) - Cont.

In re __John William O'Connor_____,  Case No. ___13-04514_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **BANK OF THE OZARKS PO BOX 3008 Fort Smith, AR 72903** | X | - | | | Personal Guaranty on mortgage note owed by TownCenter Forum Office, LLC - claim amount is current principle balance | X | X | | 282,150.00 |
| Account No.  **Boone Land Management, LLC 468 Taylor Avenue Orange Park, FL 32065** | | - | | | Services Rendered | | | | 3,275.00 |
| Account No. xxxxxxxxxxxx6367  **Cap One Po Box 85520 Richmond, VA 23285** | | - | | | Opened 11/14/96 Last Active 10/01/11 ChargeAccount | | | | 6,880.00 |
| Account No.  **NELSON WATSON & ASSOC FOR 80 MERRIMACK ST LOWER Haverhill, MA 01830** | | | | | additional contact for: Cap One | | | | Notice Only |
| Account No. xxxxxxxxxxxx9037  **Cap One Po Box 85520 Richmond, VA 23285** | | - | | | Opened 9/12/03 Last Active 10/01/11 ChargeAccount | | | | 5,793.00 |

Sheet no. __1___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

298,098.00

B6F (Official Form 6F) (12/07) - Cont.

In re　**John William O'Connor**　　　　　　　　　　　　　　　, Case No.　**13-04514**
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | additional contact for: | | | | |
| **LEADING EDGE RECOVERY FOR PO BOX 129 Linden, MI 48451-0505** | | | | **Cap One** | | | | **Notice Only** |
| Account No. **xxxxx1894** | | | | Opened 6/21/04 Last Active 12/01/10 **Potential deficiency on 1462 River Lane, Green Cove Springs, Florida** | | | | |
| **Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898** | X | - | | | | X | | **Unknown** |
| Account No. **xxxx9254** | | | | Opened 2/05/07 Last Active 9/15/11 **Guaranty on Debt owed by Florida CMS, LLC** | | | | |
| **Compass Bank 15 20th St S Fl 9 Birmingham, AL 35233** | X | - | | | X | X | | **Unknown** |
| Account No. **xxxxxxxxxxx5020** | | | | Opened 12/24/04 Last Active 7/01/11 **Potential deficiency on 1462 River Lane, Green Cove Springs, Florida** | | | | |
| **Compass Bank 701 32nd St S Birmingham, AL 35233** | X | - | | | | X | | **Unknown** |
| Account No. | | | | **Accounting Services** | | | | |
| **DuVal Fields CPA Group 428 Walnut Street Green Cove Springs, FL 32043** | | - | | | | | | **Unknown** |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John William O'Connor_____,    Case No. ___13-04514_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 1/2007 Promissory Note | | | | |
| Eagle Harbor at Fleming Island Joint Venture 3973 Eagle Landing Parkway Orange Park, FL 32065 | | - | | | | | | | 300,000.00 |
| Account No. | | | | | Personal Guaranty on mortgage note owed by Fleming Island Business Center, Ltd. - claim amount is current principle balance | | | | |
| Farm Bureau Life Insurance Co. PO Box 30400 7373 West Saginaw Highway Lansing, MI 48909 | X | - | | | | X | X | | 2,300,656.00 |
| Account No. | | | | | Personal Guaranty on mortgage debt owed by Delta Shamrock Farms IV, LLC - claim amount is current principle balance | | | | |
| FARM CREDIT OF FLORIDA ACA-SA FCFL - SAM 11903 SOUTHERN BLVD, STE 200 West Palm Beach, FL 33411 | X | - | | | | X | X | | 64,241.93 |
| Account No. | | | | | Personal Guaranty on mortgage note owed by Island Walk IV, LLC - claim amount is current principle balance | | | | |
| FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207 | X | - | | | | X | X | | 4,057,778.00 |
| Account No. | | | | | Personal Guaranty on mortgage note owed by East West Offices I, LLC - claim amount is current principle balance | | | | |
| FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207 | X | - | | | | X | X | | 308,182.00 |

Sheet no. __3___ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,030,857.93

B6F (Official Form 6F) (12/07) - Cont.

In re __John William O'Connor_____,     Case No. ___13-04514_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** | X | - | | **Personal Guaranty on mortgage note owed by NE Florida Hotel Group, LLC - claim amount is current principal balance** | X | X | | 4,265,724.00 |
| Account No.<br><br>**FirstSouthern Bank**<br>**212 Ponte Vedra Park Drive**<br>**Ponte Vedra Beach, FL 32082-6600** | X | - | | **Personal Guaranty on mortgage note owed by TownCenter Forum Theatre, LLC - claim amount is current principle balance** | X | X | | 6,461,336.00 |
| Account No.<br><br>**Four A Construction**<br>**9079B Noroad**<br>**Jacksonville, FL 32210** | | | | **2/2009**<br>**Promissory Note** | | | | 142,397.09 |
| Account No. xxxxxxxxxxx0721<br><br>**Gdyr/Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | - | | **Opened 7/15/06 Last Active 4/03/12**<br>**ChargeAccount** | | | | 1,601.00 |
| Account No. xxxxxxxxxxx6270<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | | **Opened 4/13/00 Last Active 4/01/12** | | | | 4,209.00 |

Sheet no. __4___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,875,267.09

B6F (Official Form 6F) (12/07) - Cont.

In re     **John William O'Connor**                                      ,          Case No.     **13-04514**
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | | - | **Insider Loan** | | | | **1,467,007.52** |
| Account No.<br><br>**Protective Life Insurance Co.**<br>**P.O. Box 2606**<br>**Birmingham, AL 35202** | X | - | **Personal Guaranty on mortgage note owed by Fleming Island Medical Building, Ltd. - claim amount is current principle balance** | X | X | | **1,695,982.00** |
| Account No.<br><br>**SHENANADOAH LIFE INSURANCE CO**<br>**P.O. BOX 70889**<br>**Charlotte, NC 28272** | X | - | **Personal Guaranty on mortgage note owed by Shoppes of Eagle Harbor, Ltd. - claim amount is current principle balance** | X | X | | **3,884,036.00** |
| Account No.<br><br>**Baltimore Life Insurance Comp.**<br>**10075 Red Run BLvd**<br>**Owings Mills, MD 21117** | | | **additional contact for:**<br>**SHENANADOAH LIFE INSURANCE CO** | | | | **Notice Only** |
| Account No.<br><br>**SMITH, HULSEY & BUSEY**<br>**Attn: John Thomas, Esqiutre**<br>**225 WATER ST, #1800**<br>**Jacksonville, FL 32202** | | | **additional contact for:**<br>**SHENANADOAH LIFE INSURANCE CO** | | | | **Notice Only** |

Sheet no.  **5**  of  **7**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,047,025.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __John William O'Connor_____,     Case No. ___13-04514_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stancorp Mortgage Investors<br>19225 NW Tanasbourne Drive<br>Hillsboro, OR 97124 | X | - | Personal Guaranty on mortgage note owed by Crawfish, LLC - claim amount is current principal balance | X | X | | 973,221.00 |
| Account No.<br><br>Stancorp Mortgage Investors<br>19225 NW Tanasbourne Drive<br>Hillsboro, OR 97124 | X | - | Personal Guaranty on mortgage note owed by TownCenter Crossings Retail, LLC - claim amount is current principle balance | X | X | | 1,915,680.00 |
| Account No.<br><br>Stancorp Mortgage Investors<br>19225 NW Tanasbourne Drive<br>Hillsboro, OR 97124 | X | - | Personal Guaranty on mortgage note owed by TownCenter Forum Retail, LLC - claim amount is current principle balance | X | X | | 3,073,054.00 |
| Account No.<br><br>Standard Precast<br>c/o Ford, Miller & Wainer, P A<br>1835 3rd St N<br>Jacksonville Beach, FL 32250 | X | - | Stipulation and Agreement to settle lawsuit. | X | | | 12,500.00 |
| Account No. xxxxxxxxxxxx2527<br><br>Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | - | Opened  2/05/07  Last Active 11/22/11<br>ChargeAccount | | | | 666.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,975,121.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __John William O'Connor_____,    Case No. ____13-04514_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Credit extended for farm supplies. | | | | |
| Thomas Hardware, LLC 4664 W. SR 238 Lake Butler, FL 32054 | | | | | | | | 5,086.11 |
| Account No. | | - | | 1/2009 Promissory Note | | | | |
| WR Townsend Contracting 1465 CR 210 W Saint Johns, FL 32259 | | | | | | | | 8,084.57 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 13,170.68 |
| Total (Report on Summary of Schedules) | 31,973,425.51 |

B6G (Official Form 6G) (12/07)

In re __John William O'Connor_____,        Case No. ___13-04514_____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|   |   |

__0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    __John William O'Connor_____,    Case No.    __13-04514_____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Crawfish, LLC<br>1590 Island Lane, Suite 28<br>Fleming Island, FL 32003 | Stancorp Mortgage Investors<br>19225 NW Tanasbourne Drive<br>Hillsboro, OR 97124 |
| Debbie Driggers<br>5525 Christian Camp Road<br>Keystone Heights, FL 32656 | FARM CREDIT OF FLORIDA ACA-SA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>P.O. BOX 213069<br>WEST PALM BEACH, FL 33421-3069 |
| Debbie Driggers<br>5525 Christian Camp Road<br>Keystone Heights, FL 32656 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Debbie Driggers<br>5525 Christian Camp Road<br>Keystone Heights, FL 32656 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Debbie Driggers<br>5525 Christian Camp Road<br>Keystone Heights, FL 32656 | Farm Bureau Life Insurance Co.<br>PO Box 30400<br>7373 West Saginaw Highway<br>Lansing, MI 48909 |
| Debbie Driggers<br>5525 Christian Camp Road<br>Keystone Heights, FL 32656 | FARM CREDIT OF FLORIDA ACA-SA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>West Palm Beach, FL 33411 |
| Delta Shamrock Farms II, LLC<br>1590 Island Lane, Suite 28<br>Fleming Island, FL 32003 | FARM CREDIT OF FLORIDA ACA-SA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>P.O. BOX 213069<br>WEST PALM BEACH, FL 33421-3069 |
| Delta Shamrock Farms IV, LLC<br>1590 Island Lane, Suite 28<br>Fleming Island, FL 32003 | FARM CREDIT OF FLORIDA ACA-SA<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>West Palm Beach, FL 33411 |
| East West Commerce Center, Ltd<br>1590 Island Lane, Suite 28<br>Fleming Island, FL 32003 | IBERIABANK<br>C/O ADRIAN RUST, ESQUIRE<br>1301 RIVERPLACE BLVD, STE 1500<br>Jacksonville, FL 32207 |

**4**

____ continuation sheets attached to Schedule of Codebtors

In re    __John William O'Connor_____,    Case No.   __13-04514_____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **East West Offices I, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** |
| **EW Offices, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **IBERIABANK**<br>**C/O ADRIAN RUST, ESQUIRE**<br>**1301 RIVERPLACE BLVD, STE 1500**<br>**Jacksonville, FL 32207** |
| **Fleming Island Business**<br>**Center, Ltd.**<br>**1590 Island Lane**<br>**Fleming Island, FL 32003** | **Farm Bureau Life Insurance Co.**<br>**PO Box 30400**<br>**7373 West Saginaw Highway**<br>**Lansing, MI 48909** |
| **Fleming Island Commercial**<br>**Building, Ltd**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Baltimore Life Insurance Comp.**<br>**10075 Red Run BLvd**<br>**Owings Mills, MD 21117** |
| **Fleming Island Medical**<br>**Building, Ltd.**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Protective Life Insurance Co.**<br>**P.O. Box 2606**<br>**Birmingham, AL 35202** |
| **Florida CMS, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Compass Bank**<br>**15 20th St S Fl 9**<br>**Birmingham, AL 35233** |
| **Florida CMS, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Standard Precast**<br>**c/o Ford, Miller & Wainer, P A**<br>**1835 3rd St N**<br>**Jacksonville Beach, FL 32250** |
| **Four A Construction**<br>**9079B Noroad**<br>**Jacksonville, FL 32210** | **Standard Precast**<br>**c/o Ford, Miller & Wainer, P A**<br>**1835 3rd St N**<br>**Jacksonville Beach, FL 32250** |
| **Island Walk IV, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** |
| **Island Walk IV, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Standard Precast**<br>**c/o Ford, Miller & Wainer, P A**<br>**1835 3rd St N**<br>**Jacksonville Beach, FL 32250** |
| **James M. Smoak**<br>**PO Box 10253**<br>**Fleming Island, FL 32003** | **Compass Bank**<br>**15 20th St S Fl 9**<br>**Birmingham, AL 35233** |

Sheet  __1__  of  __4__  continuation sheets attached to the Schedule of Codebtors

In re    __John William O'Connor_____ ,    Case No.    __13-04514_____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NE Florida Hotel Group, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **IBERIABANK**<br>**C/O ADRIAN RUST, ESQUIRE**<br>**1301 RIVERPLACE BLVD, STE 1500**<br>**Jacksonville, FL 32207** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Protective Life Insurance Co.**<br>**P.O. Box 2606**<br>**Birmingham, AL 35202** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **IBERIABANK**<br>**C/O ADRIAN RUST, ESQUIRE**<br>**1301 RIVERPLACE BLVD, STE 1500**<br>**Jacksonville, FL 32207** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Stancorp Mortgage Investors**<br>**19225 NW Tanasbourne Drive**<br>**Hillsboro, OR 97124** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Stancorp Mortgage Investors**<br>**19225 NW Tanasbourne Drive**<br>**Hillsboro, OR 97124** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Stancorp Mortgage Investors**<br>**19225 NW Tanasbourne Drive**<br>**Hillsboro, OR 97124** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstSouthern Bank**<br>**212 Ponte Vedra Park Drive**<br>**Ponte Vedra Beach, FL 32082-6600** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **BANK OF THE OZARKS**<br>**PO BOX 3008**<br>**Fort Smith, AR 72903** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Compass Bank**<br>**701 32nd St S**<br>**Birmingham, AL 35233** |

Sheet  __2__  of  __4__  continuation sheets attached to the Schedule of Codebtors

In re    **John William O'Connor**                            ,    Case No.    **13-04514**

                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FARM CREDIT OF FLORIDA ACA-SA**<br>**FCFL - SAM**<br>**11903 SOUTHERN BLVD, STE 200**<br>**P.O. BOX 213069**<br>**WEST PALM BEACH, FL 33421-3069** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **SHENANADOAH LIFE INSURANCE CO**<br>**P.O. BOX 70889**<br>**Charlotte, NC 28272** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstAtlantic Bank**<br>**c/o Kevin O'Connor**<br>**1325 Hendricks Ave.**<br>**Jacksonville, FL 32207** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Farm Bureau Life Insurance Co.**<br>**PO Box 30400**<br>**7373 West Saginaw Highway**<br>**Lansing, MI 48909** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Baltimore Life Insurance Comp.**<br>**10075 Red Run BLvd**<br>**Owings Mills, MD 21117** |
| **O'Connor Development Corp**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FARM CREDIT OF FLORIDA ACA-SA**<br>**FCFL - SAM**<br>**11903 SOUTHERN BLVD, STE 200**<br>**West Palm Beach, FL 33411** |
| **Shoppes of Eagle Harbor, Ltd**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **SHENANADOAH LIFE INSURANCE CO**<br>**P.O. BOX 70889**<br>**Charlotte, NC 28272** |
| **TownCenter Crossings**<br>**Retail, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Stancorp Mortgage Investors**<br>**19225 NW Tanasbourne Drive**<br>**Hillsboro, OR 97124** |
| **TownCenter Forum**<br>**Retail, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **Stancorp Mortgage Investors**<br>**19225 NW Tanasbourne Drive**<br>**Hillsboro, OR 97124** |

Sheet  **3**  of  **4**  continuation sheets attached to the Schedule of Codebtors

In re __John William O'Connor_____,    Case No. ___**13-04514**_____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TownCenter Forum**<br>**Theatre, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **FirstSouthern Bank**<br>**212 Ponte Vedra Park Drive**<br>**Ponte Vedra Beach, FL 32082-6600** |
| **TownCenter Forum**<br>**Office, LLC**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **BANK OF THE OZARKS**<br>**PO BOX 3008**<br>**Fort Smith, AR 72903** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **John William O'Connor**                                                                    Case No.   **13-04514**

                                   Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Broker** | **Real Estate Broker/Farm Manager** |
| Name of Employer | **O'Connor Development Corp.** | **Delta Shamrock Farms II** |
| How long employed | **32 years** | |
| Address of Employer | **1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,000.00** | $ | **3,000.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **2,000.00** | $ | **3,000.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **216.00** | $ | **398.50** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify):        **IRS Wage Deduction** | $ | **0.00** | $ | **1,205.83** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **216.00** | $ | **1,604.33** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,784.00** | $ | **1,395.67** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,784.00** | $ | **1,395.67** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **3,179.67** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **John William O'Connor**            Case No.   **13-04514**
_____
            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $   0.00 |
|    a. Are real estate taxes included?      Yes ___    No **X** | | |
|    b. Is property insurance included?      Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $   0.00 |
|              b. Water and sewer | | $   0.00 |
|              c. Telephone | | $   0.00 |
|              d. Other _____ | | $   0.00 |
| 3. Home maintenance (repairs and upkeep) | | $   100.00 |
| 4. Food | | $   600.00 |
| 5. Clothing | | $   100.00 |
| 6. Laundry and dry cleaning | | $   50.00 |
| 7. Medical and dental expenses | | $   150.00 |
| 8. Transportation (not including car payments) | | $   0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $   200.00 |
| 10. Charitable contributions | | $   25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | | $   0.00 |
|              b. Life | | $   0.00 |
|              c. Health | | $   0.00 |
|              d. Auto | | $   0.00 |
|              e. Other | | $   0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) _____ | | $   0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | | $   0.00 |
|              b. Other   **Wife's Credit Cards** | | $   1,550.00 |
|              c. Other | | $   0.00 |
| 14. Alimony, maintenance, and support paid to others | | $   0.00 |
| 15. Payments for support of additional dependents not living at your home | | $   0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $   0.00 |
| 17. Other   **Haircuts/Personal Care** | | $   100.00 |
|     Other | | $   0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $   2,875.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

     **Many of Debtor's living expenses including mortgage, utilities and farm expenses are paid by Delta Shamrock Farms II, LLC, which receives money from other affiliated entities.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $   3,179.67 |
| b.   Average monthly expenses from Line 18 above | | $   2,875.00 |
| c.   Monthly net income (a. minus b.) | | $   304.67 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **John William O'Connor**                                    Case No.   **13-04514**

                                              Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 5, 2013**                           Signature    **/s/ John William O'Connor**

                                                         **John William O'Connor**

                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **John William O'Connor**                                    Case No.    **13-04514**

_____                          Chapter    **11**
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
       year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
       calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
       report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
       each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,000.00** | **2013 YTD: Husband Wages** |
| **$24,000.00** | **2012: Husband Wages** |
| **$24,000.00** | **2011: Husband Wages** |

---

### 2. Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■      during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
       each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Standard Precast v. Island Walk IV, LLC, et al.**<br>**2009-CA-001119** | **Breach of<br>Contract** | **Circuit Court, Clay County, Florida** | **Stipulation<br>and<br>Agreement** |
| **Protective Life Insurance Company v. John<br>O'Connor**<br>**2009-CA-002393** | **Breach of<br>Guaranty** | **Circuit Court, Clay County, Florida** | **Notice of<br>Proposed<br>Dismissal** |
| **Protective Life Insurance Company v. John<br>O'Connor**<br>**2009-CA-002394** | **Breach of<br>Guaranty** | **Circuit Court, Clay County, Florida** | **Cancellation<br>of Hearing** |
| **Protective Life Insurance Co. v. John O'Connor**<br>**2009-CA-002396** | **Breach of<br>Guaranty** | **Circuit Court, Clay County, Florida** | **Cancellation<br>of Hearing** |
| **West Coast Life Insurance Co. v. John O'Connor**<br>**2009-CA-002395** | **Breach off<br>Guaranty** | **Circuirt Court, Clay County, Florida** | **Notice of<br>Proposed<br>Dismissal** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **IberiaBank v. EW Offices, LLC, et al. 2009-CA-003532** | **Foreclosure Breach of Note/Guaranty** | **Circuit Court, Clay County, Florida** | **Consent Judgment** |
| **IberiaBank v. East West Commerce Center, LLC, et al. 2009-CA-003533** | **Foreclosure Breach of Note/Guaranty** | **Circuit Court, Clay County, Florida** | **Consent Judgment** |
| **Carolina First Bank v. ZZ Studios, Inc., et al. 2010-CA-001428** | **Foreclosure Breach of Note/Guaranty** | **Circuit Court, Clay County, Florida** | **Amended Certificate of Title** |
| **Shenandoah Life Insurance Company v. Shoppes of Eagle Harbor, Ltd. 13-CA-1156** | **Commercial Foreclosure** | **Circuit Court, Clay County, Florida** | **Complaint** |
| **Citimortgage v. John W. O'Connor, et al. 2011-CA-1008** | **Residential Foreclosure** | **Circuit Court, Clay County, Florida** | **Certificate of Title issued on 7/1/13** |
| **Citimortgage v. John W. O'Connor, et al. 2011-CA-1464** | **Residential Foreclosure** | **Circuit Court, Clay County, Florida** | **Hearing on Motion for Summary Judgment** |
| **Compass Bank v. Florida CMS, LLC, et al. 2012-CA-000847** | **Commercial Foreclosure** | **Circuit Court, Clay County, Florida** | **Notice of Sale - 9/10/13** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | **June/July 2013** | **Mr. O'Connor's last two paychecks were garnished by the IRS.  Total of $814.66 garnished thus far.** |

---

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898** | **7/1/2013 - Cert of Title** | **1462 River Lane, Green Cove Springs, Florida Value - $700,000.00** |

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Law Firm of Lansing J. Roy, PA 1710 Shadowood Lane, Ste 210 Jacksonville, FL 32207-2184** | **July 2, 2013 Fleming Island Limited Partnership** | **$10,000.00 Retainer Fee $1,213.00 Filing Fee** |

### 10. Other transfers

| None ☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **FIGP Holding Company 1590 Island Lane, Suite 28 Fleming Island, FL 32003** | **5/4/2012** | **Sale of 0.9% ownership interest in Fleming Island Business Center, Ltd. for $90.00.** |
| **FIGP Holding Company 1590 Island Lane, Suite 28 Fleming Island, FL 32003** | **5/4/2012** | **Sale of 0.1% ownership interest in Fleming Island Limited Patnership for $10.00.** |
| **FIGP Holding Company 1590 Island Lane, Suite 28 Fleming Island, FL 32003** | **5/4/2012** | **Sale of 0.9% ownership interest in Fleming Island Medical Building, Ltd. for $90.00.** |

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **FIGP Holding Company**<br>**1590 Island Lane, Suite 28**<br>**Fleming Island, FL 32003** | **5/4/2012** | **Sale of 0.9% ownership interest in Shoppes of Eagle Harbor, Ltd. for $90.00.** |

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See Exhibit (A) for Active Entities** | | | | |
| **See Exhibit (D) for Inactive Entities** | | | | |

None
☐

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **See Exhibit (A) for Active Entities** | |
| **See Exhibit (D) for Inactive Entities** | |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **DuVal Fields CPA Group** | |
| **428 Walnut Street** | |
| **Green Cove Springs, FL 32043** | |

None
■

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **FirstAtlantic Bank** | **10/2011** |
| **c/o Kevin O'Connor** | |
| **1325 Hendricks Ave.** | |
| **Jacksonville, FL 32207** | |
| **BANK OF THE OZARKS** | **2/2012** |
| **PO BOX 3008** | |
| **Fort Smith, AR 72903** | |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **IBERIABANK**<br>**C/O ADRIAN RUST, ESQUIRE**<br>**1301 RIVERPLACE BLVD, STE 1500**<br>**Jacksonville, FL 32207** | **5/2012** |

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■    employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **August  5, 2013**                    Signature  **/s/ John William O'Connor**
                                                         **John William O'Connor**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B22B (Official Form 22B) (Chapter 11) (12/10)

In re __John William O'Connor__
                    Debtor(s)
Case Number: __13-04514__
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☒ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $   2,000.00 | $   0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$   0.00</td><td>$   0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$   0.00</td><td>$   0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan=2>Subtract Line b from Line a</td></tr></table> | $   0.00 | $   0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$   0.00</td><td>$   0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$   0.00</td><td>$   0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan=2>Subtract Line b from Line a</td></tr></table> | $   0.00 | $   0.00 |
| 5 | **Interest, dividends, and royalties.** | $   0.00 | $   0.00 |
| 6 | **Pension and retirement income.** | $   0.00 | $   0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $   0.00 | $   0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $   0.00   Spouse $   0.00 | $   0.00 | $   0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>$</td><td>$</td></tr></table> | $   0.00 | $   0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $   2,000.00 | $   0.00 |

| | | |
|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $                                    **2,000.00** |

| | |
|---|---|
| | **Part II. VERIFICATION** |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:   __August  5, 2013__                       Signature:   __/s/ John William O'Connor__<br><br>                                                           **John William O'Connor**<br>                                                                (Debtor) |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re __John William O'Connor__ 

Debtor(s)

Case No. __13-04514__

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Baltimore Life Insurance Comp.**<br>10075 Red Run BLvd<br>Owings Mills, MD 21117 | **Baltimore Life Insurance Comp.**<br>10075 Red Run BLvd<br>Owings Mills, MD 21117 | **Personal Guaranty on mortgage note owed by Fleming Island Commercial Building, Ltd. - claim amount is current principle balance** | **Contingent Unliquidated** | 720,694.00 |
| **BANK OF THE OZARKS**<br>PO BOX 3008<br>Fort Smith, AR 72903 | **BANK OF THE OZARKS**<br>PO BOX 3008<br>Fort Smith, AR 72903 | **Personal Guaranty on mortgage note owed by TownCenter Forum Office, LLC - claim amount is current principle balance** | **Contingent Unliquidated** | 282,150.00 |
| **Eagle Harbor at Fleming Island Joint Venture**<br>3973 Eagle Landing Parkway<br>Orange Park, FL 32065 | **Eagle Harbor at Fleming Island Joint Venture**<br>3973 Eagle Landing Parkway<br>Orange Park, FL 32065 | **Promissory Note** | | 300,000.00 |
| **Farm Bureau Life Insurance Co.**<br>PO Box 30400<br>7373 West Saginaw Highway<br>Lansing, MI 48909 | **Farm Bureau Life Insurance Co.**<br>PO Box 30400<br>7373 West Saginaw Highway<br>Lansing, MI 48909 | **Personal Guaranty on mortgage note owed by Fleming Island Business Center, Ltd. - claim amount is current principle balance** | **Contingent Unliquidated** | 2,300,656.00 |
| **FARM CREDIT OF FLORIDA ACA-SA**<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>West Palm Beach, FL 33411 | **FARM CREDIT OF FLORIDA ACA-SA**<br>FCFL - SAM<br>11903 SOUTHERN BLVD, STE 200<br>West Palm Beach, FL 33411 | **Personal Guaranty on mortgage debt owed by Delta Shamrock Farms IV, LLC - claim amount is current principle balance** | **Contingent Unliquidated** | 64,241.93 |

B4 (Official Form 4) (12/07) - Cont.

In re    **John William O'Connor**                                        Case No.    **13-04514**
                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **Personal Guaranty on mortgage note owed by East West Offices I, LLC - claim amount is current principle balance** | **Contingent Unliquidated** | **308,182.00** |
| **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **Personal Guaranty on mortgage note owed by NE Florida Hotel Group, LLC - claim amount is current principal balance** | **Contingent Unliquidated** | **4,265,724.00** |
| **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **FirstAtlantic Bank c/o Kevin O'Connor 1325 Hendricks Ave. Jacksonville, FL 32207** | **Personal Guaranty on mortgage note owed by Island Walk IV, LLC - claim amount is current principle balance** | **Contingent Unliquidated** | **4,057,778.00** |
| **FirstSouthern Bank 212 Ponte Vedra Park Drive Ponte Vedra Beach, FL 32082-6600** | **FirstSouthern Bank 212 Ponte Vedra Park Drive Ponte Vedra Beach, FL 32082-6600** | **Personal Guaranty on mortgage note owed by TownCenter Forum Theatre, LLC - claim amount is current principle balance** | **Contingent Unliquidated** | **6,461,336.00** |
| **Four A Construction 9079B Noroad Jacksonville, FL 32210** | **Four A Construction 9079B Noroad Jacksonville, FL 32210** | **Promissory Note** | | **142,397.09** |
| **IBERIABANK C/O ADRIAN RUST, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **IBERIABANK C/O ADRIAN RUST, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **Lien on all real property in Clay County, Florida and all personal property owned by Debtor.** | | **650,000.00** **(0.00 secured)** |
| **IBERIABANK C/O ADRIAN RUST, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **IBERIABANK C/O ADRIAN RUST, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **Lien on all real property located in Clay County, Florida.** | | **1,250,000.00** **(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  __John William O'Connor__                          Case No. __13-04514__
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | All property located in Clay County, Florida | | 83,552.13 (0.00 secured) |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | All property located in Clay County, Florida | | 15,388.83 (0.00 secured) |
| Protective Life Insurance Co. P.O. Box 2606 Birmingham, AL 35202 | Protective Life Insurance Co. P.O. Box 2606 Birmingham, AL 35202 | Personal Guaranty on mortgage note owed by Fleming Island Medical Building, Ltd. - claim amount is current principle balance | Contingent Unliquidated | 1,695,982.00 |
| SHENANADOAH LIFE INSURANCE CO P.O. BOX 70889 Charlotte, NC 28272 | SHENANADOAH LIFE INSURANCE CO P.O. BOX 70889 Charlotte, NC 28272 | Personal Guaranty on mortgage note owed by Shoppes of Eagle Harbor, Ltd. - claim amount is current principle balance | Contingent Unliquidated | 3,884,036.00 |
| Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Personal Guaranty on mortgage note owed by TownCenter Forum Retail, LLC - claim amount is current principle balance | Contingent Unliquidated | 3,073,054.00 |
| Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Personal Guaranty on mortgage note owed by TownCenter Crossings Retail, LLC - claim amount is current principle balance | Contingent Unliquidated | 1,915,680.00 |
| Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Stancorp Mortgage Investors 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | Personal Guaranty on mortgage note owed by Crawfish, LLC - claim amount is current principal balance | Contingent Unliquidated | 973,221.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    __John William O'Connor__                                    Case No.    __13-04514__
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Standard Precast**<br>**c/o Ford, Miller & Wainer, P A**<br>**1835 3rd St N**<br>**Jacksonville Beach, FL 32250** | **Standard Precast**<br>**c/o Ford, Miller & Wainer, P A**<br>**1835 3rd St N**<br>**Jacksonville Beach, FL 32250** | **Stipulation and Agreement to settle lawsuit.** | **Contingent** | **12,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **John William O'Connor**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    __August  5, 2013__                    Signature    __/s/ John William O'Connor__
                                                                            **John William O'Connor**
                                                                            Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                    )
                                          )
JOHN WILLIAM O'CONNOR                     )      CASE NO. 13-
                                          )      CHAPTER 11
_____Debtor_____)

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **JOHN WILLIAM O'CONNOR**, declare(s) under penalty of perjury that:

1.     I have signed the originals of the documents identified below under penalty of perjury ("Verified Documents").

2.     The information contained in the Verified Documents is true and correct to the best of my knowledge and belief.

3.     I understand that the Verified Documents are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

7/22/13                   _Jk W. O L_
**Executed On**       **JOHN WILLIAM O'CONNOR**

## Verified Documents:

| Description | Date Executed |
|---|---|
| Voluntary Petition ............................................................... | |
| Exhibit D - Individual Debtor's Statement of Compliance With Credit Counseling Requirement ............ | |
| Verification of Creditor Matrix ........................................ | |
| Declaration Concerning Debtors Schedules ........................ | 8/5/13 |
| Statement of Financial Affairs ...................................... | |
| Statement of Intention ................................................. | |
| Statement of Current Monthly Income ............................. | |

## JWO INTEREST IN LLC'S/PARTNERSHIPS/CORPS (Attachment A)

| Entity # | TITLE IN THE NAME OF | % OOC | Date Opened | Description | Lender | Mortgage Balance | RE Taxes Owed | Value | Net Value | Net Ownership Value OOC | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Apple Parking Lot | 10% | 8/25/05 | Parking Lot | N/A | $- | $- | $100.00 | $100.00 | $10.00 | Not Marketable because of CRE |
| 2 | East West Commerce Ctr | 10% | 11/18/03 | NEPHG Shares | N/A | $- | $- | $- | $- | $- | Judgments |
| 3 | East West Retail Center | 10% | 8/25/05 | N/A | N/A | $- | $- | $- | $- | $- | Owns No Property |
| 4 | Crawfish, LLC | 10% | 3/16/07 | 4831 Soft Bar | Stancorp | $973,221.00 | $49,725.00 | $500,000.00 | ($522,946.00) | ($52,294.60) | Vacant |
| 7 | TownCenter Crossings, LLC | 50% | 11/15/04 | Parking Lot | N/A | $- | $227,970.00 | $100.00 | ($227,670.00) | ($216,476.50) | Not Marketable because of CRE |
| 8 | TownCenter Crossings Retail, LLC | 95% | 9/1/05 | 9700 Sq Ft Retail | Stancorp | $1,915,060.00 | $54,323.00 | $999,000.00 | ($1,061,003.00) | ($1,007,952.85) | |
| 9 | TownCenter Forum Commons, LLC | 95% | 1/14/09 | Common Areas | N/A | $134,899.00 | $- | $100.00 | ($134,899.00) | ($128,144.05) | Not Marketable because of CRE |
| 10 | TownCenter Forum, LLC | 95% | 11/15/04 | N/A | N/A | $- | $- | $- | $- | $- | Owns No Property |
| 11 | TownCenter Forum Retail, LLC | 95% | 3/14/07 | 16,000 Sq Ft Retail | Stancorp | $3,073,054.00 | $97,926.00 | $1,417,000.00 | ($1,753,880.00) | ($1,666,186.00) | |
| 12 | TownCenter Forum Theatre, LLC | 95% | 11/12/07 | Movie Theater | FirstSouthern Bank | $6,461,336.00 | $- | $6,872,000.00 | $410,664.00 | $390,100.80 | |
| 13 | TownCenter Forum Office, LLC | 95% | 1/14/09 | Vacant Land | Bank of the Ozarks | $292,150.00 | $13,326.00 | $500,000.00 | $204,524.00 | $194,297.80 | |
| 14 | Island Walk II, LLC | 95% | 11/15/04 | Common Areas | N/A | $189,841.00 | $189,841.00 | $100.00 | ($189,741.00) | ($180,253.95) | Not Marketable because of CRE |
| 16 | Island Walk | 100% | 8/1/04 | N/A | N/A | $- | $- | $- | $- | $- | Owns No Property |
| 17 | Island Walk IV, LLC | 95% | 11/15/04 | Vacant Land | FirstAtlantic Bank | $4,057,778.00 | $252,853.00 | $4,000,000.00 | ($410,631.00) | ($390,099.45) | |
| 18 | Fleming Island Medical Bldg, Ltd. | 89.1% | 12/26/07 | 9500 sqft Med office | Protective Life | $1,526,808.00 | $- | $1,105,000.00 | ($421,808.00) | ($375,830.93) | |
| 19 | Shoppes Of Eagle Harbor, Ltd | 88.1% | 1/14/00 | 27,000 sqft Retail | Shenandoah/Baltimore | $3,884,036.00 | $174,261.00 | $4,100,000.00 | $41,703.00 | $37,157.37 | Bk Ch11 filed 7/23/2013 |
| 20 | East West Offices I, LLC | 96% | 11/16/04 | 2 Vacant Office Condos | FirstAtlantic Bank | $308,182.00 | $19,032.00 | $325,000.00 | ($2,214.00) | ($1,992.60) | Units 13/18 - Unfinished |
| 21 | Fleming Island Business Ctr, Ltd | 89.1% | 9/13/05 | 21,000 sqft Office sp | Farm Bureau | $2,300,656.00 | $- | $1,645,000.00 | ($655,656.00) | ($584,169.50) | |
| 22 | Fleming Island Commercial Bldg, Ltd | 44.75% | 4/1/99 | 8,000 sqft office space | N/A | $720,694.00 | $- | $743,000.00 | $22,306.00 | $9,981.94 | Outside Partners |
| 23 | Fleming Island Limited Prtnrshp, Ltd. | 8.9% | 9/22/93 | N/A | N/A | $- | $- | $- | $- | $- | Owns no property |
| 29 | ZZ Studios, Inc. | 50.0% | 2/8/00 | N/A | N/A | $- | $- | $- | $- | $- | Owns No Property |
| 32 | Delta Shamrock Farms II | 50.0% | 12/11/08 | Farm Operations | N/A | $64,242.00 | $- | $- | $40,000.00 | $20,000.00 | Est value of Farm Equipment |
| 34 | Delta Shamrock Farms IV | 100.0% | 12/11/08 | Vacant Land | Farm Credit | $- | $- | $100,000.00 | $35,759.00 | $35,759.00 | Land for sale |
| 35 | O2B Kids | 100.0% | 2/8/90 | Investment Shares | N/A | $- | $- | $36,000.00 | $36,000.00 | $36,000.00 | |
| 39 | O'Connor Development Corp | 100.0% | 12/1/84 | Property Mgmt Co | N/A | $- | $- | $- | $- | $- | Filed BK Ch 11 on 7/23/2013 |
| | **TOTALS** | | | | | $25,567,837.00 | $1,314,146.00 | $22,252,400.0 | $4,589,593.00 | $3,880,085.02) | |

TOTALS of Net Positive Values: $749,352.00   $685,178.54

*Values listed are Brokers Price Opinion as of 3/2012

7/23/2013

# EXHIBIT A

Client Last Name

# LISTING OF HOUSEHOLD GOODS AND FURNISHINGS
## (Room by Room)
### Schedule B-4

| [If you don't have an item, please draw a line through it; if an item you have in your home isn't listed, please add it.] | VALUE |
|---|---|
| **LIVING ROOM:** | |
| Sofa | 50 |
| Loveseat | 0 |
| Chair  2 | 50 |
| Table(s) (Type & number)  Coffee + End | 50 |
| Lamp(s) (How many)  2 | 25 |
| Pictures / Wall Hangings | 100 |
| Television(s) (Size & Brand) | 100 |
| VCR(s)/DVD | 25 |
| Stereo | 0 |
| Compact Discs | 25 |
| Cassette Tapes/DVDs | 25 |
| Area Rugs | 0 |
| Bookcase(s)/Entertainment Center | |
| Other:  Curio Cabinet | 50 |
| | |
| | |
| **DINING ROOM** | |
| Dining / Dinette Table &   4  Chairs | 100 |
| Hutch | 50 |
| Buffet | 0 |
| | |
| **MASTER BEDROOM** | |
| Bed (Size; headboard/footboard or frame only)  King | 100 |
| Dresser(s)  2 | 100 |
| Chest(s) | 0 |
| Night stand(s)  2 | 50 |
| Mirror  2 | 50 |
| Desk | 100 |
| Bench | 50 |
| TV | 50 |
| Gun Cabinet | 100 |
| | |
| | |
| | |
| | |

1

EXHIBIT  B(4)



Client Last Name

| BEDROOM #2 | |
|---|---|
| Bed (Size; headboard/footboard or frame only) | |
| Double | 100 |
| Dresser(s) | 50 |
| Chest(s) | 0 |
| TV | 25 |
| Night Stand | 25 |
| Lamp | 10 |
| | |
| DEN / FAMILY ROOM | |
| Sofa and/or Loveseat | 0 |
| Chair | 0 |
| TV / VCR | 0 |
| | |
| KITCHEN: | |
| Refrigerator | 100 |
| Stove | 100 |
| Microwave | 50 |
| Assorted Small Appliances (Circle): | |
| Toaster, Coffeemaker, Blender, Food Processor | 100 |
| Dishes and Silverware | 50 |
| Assorted Pots and Pans | 50 |
| Kitchen table & chairs | 0 |
| Bar Stools 4 | 100 |
| | |
| MISCELLANEOUS: | |
| Camcorder | 25 |
| Computer (monitor, keyboard, printer or Laptop) | 100 |
| Lawnmower | 25 |
| Garden tools | 100 |
| Tools | 200 |
| Linens | 25 |
| Washer & Dryer | 100 |
| Telephone(s) | 0 |
| Fax Machine | 25 |
| Vacuum Cleaner | 10 |
| Humidor | 50 |
| Wine Rack | 50 |
| Wine Cooler | 25 |
| Patio Furniture | 50 |
| | |

Rev. 11/8/2011

Client Last Name

| JEWELRY (Fine jewelry-example: 14 kt. gold, precious gemstones, rings, bracelets, watches, necklaces, chains) | 0 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **SPORTS EQUIPMENT (Example: firearms, golf clubs, tennis racquets, in-line skates, kayaks, canoes, surfboards)** | |
| Shot Guns - 2 | 200 |
| 22 - Rifle | 50 |
| Golf Clubs | 100 |
| Pistol | 250 |
| | |
| | |
| **ANTIQUES AND COLLECTABLES (Example: antique furniture, stamp collection, porcelain figurines)** | |
| Antique Furniture | 5,000 |
| Oriental Rugs | 2,000 |
| Silver Service | 2,000 |
| China | 1,000 |
| Crystal | 2,000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

3

Rev. 11/8/2011

# DELTA SHAMROCK FARMS II

## ANIMAL INVENTORY

### Revised 7/15/2013

| | | |
|---|---|---|
| Goats: | 18 Miniature, 26 Standard | 44 |
| Horses: | 4 Mustangs, 6 Miniatures | 10 |
| Donkeys: | 2 Mammoth, 5 Miniature, 3 foals | 10 |
| Camelids: | 1 Alpaca | 1 |
| Pigs: | 26 Mini Adults, 6 Piglets, 3 Standard | 35 |
| Cattle: | 27 Miniatures | 27 |
| Rabbits: | | 0 |
| Exotics: | 4 Muntjac Deer, 4 Patagonian Cavies | 8 |
| Chickens: | 13 Standard | 13 |
| Peafowl: | 3 | 3 |
| Pheasants: | 8 | 8 |
| Doves: | 4 | 4 |
| Koi: | | 0 |
| Cats: | 3 Barn | 3 |
| Dogs: | 9 Livestock Guardian, 4 Pets | 13 |
| **TOTAL:** | | **179** |

**EXHIBIT** B(31)

| Inventory Owned by: | Type of Inventory: | Quantity | Value: | Sub Total |
|---|---|---|---|---|
| John O'Connor and Debbie Driggers | Framed Art Work | 10 | $40.00 each | $ 400.00 |
| | Butter Churn | 1 | $25.00 | $ 25.00 |
| | Lamps | 2 | $5.00 each | $ 10.00 |
| | Wooden Consoles | 2 | $25.00 each | $ 50.00 |
| | Glass top Tables | 2 | $100.00 each | $ 200.00 |
| | Arm Chairs | 4 | $15.00 each | $ 60.00 |
| | Art Stands | 10 | $20.00 each | $ 200.00 |
| | Sculptured Art Work | 12 | $200.00 each | $ 2,400.00 |
| | TOTAL | | | $ 3,345.00 |

EXHIBIT B(35)

# Closed Companies (Attachment D)

| Company Name | Date Opened | Date Closed | Description | EIN |
|---|---|---|---|---|
| TownCenter Forum Musa, LLC | 11/7/2006 | 6/29/2007 | Construction of medical office | 20-5848892 |
| Island Walk III, LLC | 11/15/2004 | 12/31/2011 | Future Land Investment | 20-1959899 |
| Johns Dog House, LLC | 4/5/2004 | 9/15/2006 | Hotel Investment | 20-0965190 |
| Fleming Island Magnolia, LLC | 4/14/2006 | 12/31/2011 | Dirt Pit | 20-4735172 |
| Magnolia Wetlands, LLC | 8/6/2007 | 12/31/2011 | Wetland Mitigation | 26-0666253 |
| East West Offices II, LLC | 1/17/2007 | 9/26/2008 | Future Office Condo | n/a |
| EW Offices, LLC | 11/14/2007 | 12/31/2011 | Office Condo | 26-1423735 |
| Fleming Island Auto Service Center, Ltd | 2/23/1999 | 12/31/2011 | Auto Service Center | 59-3587594 |
| Delta Shamrock Farms III, LLC | 12/11/2006 | 9/24/2010 | Future Farm Inv. | 20-8080672 |
| Fleming Island Child Development, LLC | 3/15/2006 | 12/28/2006 | O2B Kids construction | n/a |
| East West Condominium Pulwers, LLC | 10/9/2006 | 12/31/2011 | Medical Condo | 26-0385111 |
| Island Walk II CGB,LLC | 8/10/2006 | 9/24/2010 | Chili's Restaurant Ground Lease | 20-5405451 |
| DuClay, LLC | 12/30/2003 | 9/14/2007 | Goodyear | 20-0634298 |
| East West Hotel, LLC | 4/2/2004 | 9/15/2006 | Hotel Investment | 20-0978694 |
| Island Lanes, LLC | 4/25/2005 | 9/24/2010 | Future Development | 20-4704435 |
| Commerce Center Hotel, LLC | 11/4/2005 | 9/14/2007 | Hotel Investment | n/a |
| Fleming Island Branch, LLC | 12/13/2005 | 9/14/2007 | Future Development | n/a |
| Fleming Island Liquors, Inc. | 2/16/1993 | 9/26/2008 | Liquor Store | 59-3164799 |

EXHIBIT  D